**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 21, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00507-CR

## JOE ACEVEDO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 186th District Court
Bexar County, Texas
Trial Court Cause No. 2021-CR-10624**

## MEMORANDUM OPINION

Appellant Joe Acevedo has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.

Do Not Publish – Tex. R. App. P. 47.2(b)